

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jose Rex Martinez,

Vs. No. 11-19-00253-CR

The State of Texas,

* From the 29th District Court
  of Palo Pinto County
  Trial Court No. 16864.

* March 5, 2020

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J., sitting
  by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.